THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MICHAEL CONFORTI, Appellant.

Argued October 10, 1955; decided December 28, 1955.

*William F. Horan* for appellant.

*Fred A. Dickinson, District Attorney (Frank C. Bowers, Jr.,* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.